# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONY ELECTRONICS, INC.,**<br>            Plaintiff,<br><br>      vs.<br><br>**GUARDIAN MEDIA TECHNOLOGIES, LTD.,**<br>            Defendant. | **CIV. NO. 05-CV-1777-B (AJB)**<br><br>**ORDER DENYING PLAINTIFFS' EMERGENCY MOTION AND SETTING HEARING DATE**<br><br>**[# 91]** |
| **MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.,**<br>            Plaintiff,<br>      vs.<br>**GUARDIAN MEDIA TECHNOLOGIES, LTD.,**<br>            Defendant. | **CIV. NO. 05-CV-1780-B (AJB)** |
| **MATSUSHITA ELECTRONIC INDUSTRIAL CO., LTD., et al.**<br>            Plaintiffs,<br>      vs.<br>**GUARDIAN MEDIA TECHNOLOGIES, LTD.,**<br>            Defendant. | **CIV. NO. 05-CV-1786-B (AJB)** |
| **THOMSON, INC.,**<br>            Plaintiff,<br>      vs.<br>**GUARDIAN MEDIA TECHNOLOGIES, LTD.,**<br>            Defendant. | **CIV. NO. 07-CV-1613-B (AJB)** |

Plaintiffs filed an emergency motion for leave to file a motion to stay this case *before* the Court issues its decision on the Defendant's pending motion to dismiss or transfer. The Court denies the emergency motion. The Court, however, hereby schedules a hearing on Plaintiffs' motion to stay for **December 10, 2007 at 2:00 p.m.** in Courtroom 2.

IT IS SO ORDERED.

DATED: November 5, 2007

Hon. Rudi M. Brewster
United States Senior District Judge

cc: all parties
    Magistrate Judge Battaglia