Michael S. Dowler (admitted pro hac vice)
Stephen L. Lundwall (admitted pro hac vice)
Howrey LLP
1111 Louisiana, 25th Fl.
Houston, Texas  77002
Telephone: 713.787.1400
Facsimile:  713.787.1440

Michael I. Neil (California State Bar No. 40057)
Hugh A. McCabe (California State Bar No. 131828)
David P. Hall (California State Bar No. 196891)
Neil, Dymott, Frank, McFall & Trexler, APLC
1010 Second Avenue, Suite 2500
San Diego, California 92101-4959
Telephone: 619.238.1712
Facsimile: 619.238.1562

Attorneys for Defendant GUARDIAN MEDIA TECHNOLOGIES, LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ELECTRONICS INC., <br><br>                    Plaintiff, <br><br>    v. <br><br> GUARDIAN MEDIA TECHNOLOGIES, LTD., <br><br>                    Defendant. | Civil Case No. 05 CV 1777-B (AJB) <br> (Consolidated Lead Case) <br><br> CIV No. 05 CV 1780-B (AJB) <br> CIV No. 05 CV 1796-B (AJB) <br> CIV No. 07 CV 1613 (AJB) <br><br> JOINT MOTION TO STAY ACTION |
| MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., <br><br>                    Plaintiff, <br><br>    v. <br><br> GUARDIAN MEDIA TECHNOLOGIES, LTD., <br><br>                    Defendant. | [Hon. Rudi M. Brewster] |

| | |
|---|---|
| 1 | MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and VICTOR COMPANY OF JAPAN, LTD., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | GUARDIAN MEDIA TECHNOLOGIES, LTD., |
| 6 | |
| 7 | Defendant. |
| 8 | THOMSON INC., |
| 9 | Plaintiff, |
| 10 | v. |
| 11 | GUARDIAN MEDIA TECHNOLOGIES, LTD., |
| 12 | |
| 13 | Defendant. |

Case No. 05CV1777
Joint Motion to Stay Case

Defendant Guardian Media Technology, Inc. ("Guardian") by and through its attorneys, submits this Joint Motion to Stay the Action filed by Plaintiffs' Sony Electronics Inc., Mitsubishi Digital Electronics America, Inc., Matsushita Electric Industrial Co. Ltd., Victor Company of Japan, Ltd., and Thomson Inc.  The Parties have entered into a Joint Stipulation to stay the case under the terms enumerated therein.  (See attachment – Joint Stipulation to Stay Case.)  The attorneys have discussed the terms of this Joint Motion with all counsel and have authorized their approval for the submission of this document.

This unopposed Motion seeks to stay this action and the Parties have stipulated and agreed as follows:

1. Upon approval by the Court, the DJ Plaintiffs' presently pending motion to stay this consolidated case (Doc. 95) will be moot.

2. This consolidated case should be stayed during the pendency of the presently pending reexamination proceedings at the U.S. Patent and Trademark Office concerning U.S. Patent Nos. 4,930,158 and 4,930,160, namely Reexamination Control Nos. 90/007,733, 90/008,243, 90/007,746, and 90/008,544.

3. The DJ Plaintiffs will not hereafter request, or cause anyone else to request, further reexaminations of U.S. Patent Nos. 4,930,158 and 4,930,160, nor will the DJ Plaintiffs request, or cause anyone else to request, reexaminations of any Reexamination Certificate that issues from any reexamination proceeding concerning U.S. Patent No. 4,930,158 or 4,930,160.

For the foregoing reasons, the Parties respectfully request the Court grant this Motion and Stay the Action as outlined above.

/ / /

-1-  
Case No. 05 CV 1777-B  
Joint Motion to Stay Case

Dated: January 14, 2008

By: /s/ Michael I. Neil
Michael I. Neil (California State Bar No. 40057)
Hugh A. McCabe (California State Bar No. 131828)
David P. Hall (California State Bar No. 196891)
Neil, Dymott, Frank, McFall & Trexler, APLC
1010 Second Avenue, Suite 2500
San Diego, California 92101-4959
Telephone: 619.238.1712
Facsimile: 619.238.1562

Michael S. Dowler (admitted pro hac vice)
Stephen L. Lundwall (admitted pro hac vice)
Howrey LLP
1111 Louisiana, 25th Fl.
Houston, Texas  77002
Telephone: 713.787.1400
Facsimile:  713.787.1440
Attorneys for Defendant GUARDIAN MEDIA TECHNOLOGIES, LTD.

<u>CERTIFICATE OF CONFERENCE</u>

The underlying hereby certify that counsel for Plaintiffs and counsel for Defendant conferred on January 14, 2008 and that Plaintiffs do not oppose this motion.

          /sAllison D. Cato
Allison D. Cato

          /s/Vincent J. Belusko
Vincent J. Belusko

          /s Daniel S. Silverman
Daniel S. Silverman

          /s Michael I. Neil
Michael I. Neil