UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ELECTRONICS, INC.,<br>**Plaintiff,**<br><br>vs.<br><br>GUARDIAN MEDIA TECHNOLOGIES, LTD.,<br>**Defendant.**<br><br>and consolidated cases. | CIV. NO. 05-CV-1777-B (AJB)<br>Consolidated with:<br>CIV. NO. 05-CV-1780-B (AJB);<br>CIV. NO. 05-CV-1786-B (AJB);<br>CIV. NO. 07-CV-1613-B (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY LITIGATION PENDING REEXAMINATION PROCEEDINGS AND SETTING STATUS CONFERENCE** |

Shortly before the hearing, the parties notified the Court that they had agreed to stay these consolidated proceedings pending the reexamination proceedings with the Patent and Trademark Office ("PTO") on the Patents-in-Suit (U.S. Patent Nos. 4,930,158 & 4,930,160). For good cause shown, the Court grants the motion to stay this action under the terms of the joint motion. [Docket Nos. 95 & 105] The Court vacates the January 14, 2008 hearing date.

The Court will conduct a status conference on **March 17, 2008 at 2:00 p.m.** in Courtroom 10. The parties may appear by telephone, or if the PTO proceedings have not concluded, they may contact Chambers to request a continuance of the status conference.

IT IS SO ORDERED.

DATED: January 17, 2008

*/s/ Rudi M. Brewster*

Hon. Rudi M. Brewster
United States Senior District Judge