# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ELECTRONICS INC., <br><br> Plaintiff, <br><br> vs. <br><br> GUARDIAN MEDIA TECHNOLOGIES LTD., <br><br> Defendant. | CASE NO. 05cv1777 - IEG - AJB <br> consolidated with <br> 05cv1780 - IEG - AJB <br> 05cv1784 - IEG - AJB <br> 05cv1796 - IEG - AJB <br> 07cv1613 - IEG - AJB <br><br> ORDER SETTING BRIEFING SCHEDULE |

In these consolidated patent-infringement cases, the Non-Guardian parties submitted a "Corrected Memorandum of Points and Authorities" regarding their joint motion for summary judgment on June 26, 2009. Due to constraints on the Court's calendar, the Court HEREBY RESETS the hearing from July 27, 2009 at 10:30 a.m. to August 7, 2009 at 10:30 a.m. Guardian's opposition to the motion is due no later than July 13, 2009 at 10:30 a.m. The moving parties' reply is due no later than July 20, 2009 at 10:30 a.m.

**IT IS SO ORDERED**.

**DATED: June 30, 2009**

*(signature)*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**