# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ELECTRONICS INC.,<br><br>        Plaintiff,<br><br>v.<br><br>GUARDIAN MEDIA TECHNOLOGIES, LTD.,<br><br>        Defendant.<br><br>AND ALL CONSOLIDATED CASES | CASE NO.  05 CV 1777 IEG AJB<br>              (Lead Case Number)<br><br>05 CV 1796 IEG AJB<br>07 CV 1613 IEG AJB<br><br>08 CV 1859 IEG AJB<br>(Related Case Number)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE FOR THE MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 237] |

Before the Court is the parties' Joint Motion to Modify the Briefing Schedule for the Non-Guardian Parties' Motion for Summary Judgment of Invalidity of United States Patent No. 4,930,160. After considering the submission and finding that good cause exists, the briefing schedule for the Non-Guardian Parties' Motion for Summary Judgment of Invalidity of United States Patent No. 4,930,160 is modified as follows:

    1. Guardian's Opposition is due on or before **September 25, 2009**; and

    2. The Non-Guardian Parties' Reply is due on or before **October 9, 2009**.

**IT IS SO ORDERED.**

**DATED:**    **September 17, 2009**

                                                                                                  **Irma E. Gonzalez, Chief Judge**
                                                                                                  United States District Court