NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1015

SONY ELECTRONICS INC.,

                        Plaintiff-Appellee,

and

THOMSON INC.,

                        Plaintiff-Appellee,

and

VICTOR COMPANY OF JAPAN, LTD. and PANASONIC CORPORATION,

                        Plaintiffs-Appellees,

v.

GUARDIAN MEDIA TECHNOLOGIES, LTD.,

                        Defendant-Appellant.

Appeal from the United States District Court for the Southern District of California in consolidated case nos. 05-CV-1777, 05-CV-1796, and 07-CV-1613, Chief Judge Irma E. Gonzalez.

ON MOTION

<u>ORDER</u>

Upon consideration of the parties' joint motion to remand this case, <u>Sony Electronics v. Guardian Media</u>, to the United States District Court for the Southern District of California, case nos. 05-CV-1777, 05-CV-1796, and

8/19/10

07-CV-1613, for further proceedings consistent with the settlement agreement reached by the parties, and, specifically to allow the parties to jointly move the District Court for vacatur of certain rulings and to file additional motions,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

__AUG 1 3 2010__
Date

_Jan Horbaly_
Jan Horbaly
Clerk

cc: Richard S. Gresalfi, Esq.
Trevor R. Carter, Esq.
Anthony Francis Lo Cicero, Esq.
Edward E. Casto, Jr., Esq.

m2

ISSUED AS A MANDATE: AUG 1 3 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 3 2010

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _M. Tomlinson_ Date: 8/13/10