# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sony Electronics Inc.<br><br>      Plaintiff,<br>  vs.<br><br>Guardian Media Technologies, Ltd.<br><br>      Defendant.<br><br>AND RELATED ACTIONS | Civil Action No.: 05 CV 1777 IEG AJB (active case no.)<br>Civil Action No.: 05 CV 1796 IEG AJB (consolidated)<br>Civil Action No.: 07 CV 1613 IEG AJB (consolidated)<br>Civil Action No.: 08 CV 1859 IEG AJB (Consolidated for Discovery)<br><br>**ORDER ON JOINT MOTION TO VACATE THE COURT'S PRIOR CLAIM CONSTRUCTION AND SUMMARY JUDGMENT RULINGS CONCERNING UNITED STATES PATENT NOS. 4,930,158 AND 4,930,160**<br><br>Hon. Irma E. Gonzalez<br>Ctrm: 1 |

On August 31, 2009, the Court issued an Order Granting the Motion Summary Judgment of Non-Infringement of U.S. Patent No. 4,930,158 ("the '158 patent"). Docket No. 233. Following this Order, the parties submitted a Joint Motion for Entry of Final Judgment by Sony Electronics Inc, Guardian Media Technologies, Ltd., Thomson Inc., Panasonic Corporation, Victor Company of Japan, Ltd. Docket No. 240.

This Joint Motion outlined certain findings by the United States District Court for the Central District of California in *Guardian Media Techs., Ltd. v. Toshiba Am. Consumer Prods., L.L.C.*, Case No. 2:09-cv-00052-R-RC (C.D. Cal.), on United States Patent No. 4,930,160 ("the '160 patent"). While reserving the right to appeal, Guardian did not object to the Court adopting the findings from

the Central District as it pertained to the '160 patent.  The Court granted this Joint Motion and entered the agreed-upon order on September 24, 2010.  Docket No. 246.  Final judgment was then entered the same day.  Docket No. 247. Guardian then filed its appeals to the Federal Circuit Court of Appeals.

During the appeal process, the parties were ordered to participate in the Federal Circuit's mandatory mediation process.  As a result of that process, a settlement agreement was reached which resolved the issues between the parties concerning the '158 and '160 patents.  As part of the settlement agreement, the Non-Guardian Parties agreed without admitting liability to cooperate with Guardian to file an agreed-upon motion to vacate the Court's '158 and '160 Claim Construction and Summary Judgment rulings.

Before the Court is the Parties' Joint Motion to Vacate the Court's Prior Claim Construction and Summary Judgment Rulings Concerning United States Patent Nos. 4,930,158 and 4,930,160. Having considered the Motion, and finding that good cause exists and that the relief sought is appropriate, it is hereby ORDERED that:

1) The Court's claim constructions concerning United States Patent No. 4,930,158 (Docket No. 233) are hereby vacated.

2) The Court's grant of Summary Judgment of Non-infringement United States Patent No. 4,930,158 (Docket No. 233) is hereby vacated.

3) The Court's claim constructions concerning United Stated Patent No. 4,930,160, including the Court's adoption of the term "local to" as found by the Central District of California (Docket Nos. 240 and 246), are hereby vacated.

4) The Court's Final Judgment (Docket No. 247) is hereby vacated.

5) ***The parties shall file a final dismissal of all claims within 30 days.***

IT IS SO ORDERED.

Dated:August 24, 2010

_____
Hon. Irma E. Gonzalez
Chief Judge of the United States District Court